**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Valerie Spates-Moore,** ) | **CASE NO. SACV 00-0854 DOC (MLGx),** |
| ) | **SACV 03-1164 DOC (MLGx)** |
| **Plaintiff,** ) | **SACV 03-1312 DOC (MLGx)** |
| ) | |
| **v.** ) | |
| ) | **JUDGMENT** |
| **William J. Henderson, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

This Court, having entered written orders on February 3, 2010 and June 15, 2010, and summary judgment having been granted as to all remaining claims and all remaining Defendants in Case Nos. SACV 00-854, SACV 03-1164 and SACV 03-1312, it is ORDERED AND ADJUDGED that the Court hereby enters judgment on the merits against Plaintiff and in favor of all Defendants.

IT IS SO ORDERED.

DATED:   June 16, 2010

*David O. Carter*

_____
DAVID O. CARTER
United States District Judge